# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON MOODY** | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 23-0770 |
| **v.** | : | |
| | : | |
| **LAUREL HARRY,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 21st day of March 2024, upon consideration of Plaintiff Brandon Moody's *motion for preliminary injunction*, (ECF 4), Defendants Tabb Bickell, Christopher Collins, Tammy Ferguson, Richard Gross, Laurel Harry, George Little, Jaime Luquis, Robert Marsh, J. Rivello, Michael Rowe, Bobbi-Jo Solomon, and Jaime Sorber's responses in opposition thereto, (ECF 36, 53), and Plaintiff's replies, (ECF 45, 57), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion for preliminary injunction is **DENIED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*